Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GEORGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AIRBNB, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>Jury Trial Demanded |

1

COMPLAINT

ADAM GEORGE, by and through his undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff ADAM GEORGE ("GEORGE") is an individual residing and conducting business in California.

5. Plaintiff is informed and believes and thereon alleges that Defendant AIRBNB, INC. ("AIRBNB") is a Delaware corporation with its principal place of business at 888 Brannan St, #4, San Francisco, CA 94103, and conducts business in and with this district.

6. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was

at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO THE SUBJECT PHOTOGRAPH

8. Plaintiff owns an original photograph entitled "Hafen/Bishop Engagement Shoot" ("Subject Photograph") that was registered with the United States Copyright Office on August 29, 2014 with the Registration Number VA 1-924-407.

9. Plaintiff is informed and believes and thereon alleges that following GEORGE's creation of the Subject Work, Defendants, and each of them used the Subject Work without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use in articles and advertising on websites and URLS, including, but not limited to:

(a) https://www.airbnb.com/rooms/20593072/photos/362770465

(b) https://www.airbnb.com/rooms/41725119/photos/1624133580

(c) https://www.airbnb.com/rooms/6016936/photos/43052353 (collectively the Infringing Content").

10. On July 2, 2021, counsel for GEORGE sent AIRBNB a takedown request and demand to cease and desist regarding the Infringing Content.

11. On July 15, 2021, a representative of AIRBNB contacted counsel for George requesting screenshots and URLs of the Infringing Content, despite each being previously provided in the July 2, 2021 correspondence.

12. That same day counsel for GEORGE responded to AIRBNB, identifying each of the listings by name and AIRBNB listing number, and providing direct links to the Infringing Content as well as screenshots.

13. While AIRBNB successfully removed the Infringing Content found at https://www.airbnb.com/rooms/20593072/photos/362770465 and

https://www.airbnb.com/rooms/41725119/photos/1624133580, it has failed to remove the Infringing Content located at https://www.airbnb.com/rooms/6016936/photos/43052353.

14. On January 19, 2022, counsel for GEORGE contacted AIRBNB and again notified it of its failure to remove the Infringing Content located at https://www.airbnb.com/rooms/6016936/photos/43052353.

15. On January 24, 2022, a representative of AIRBNB confirmed receipt of Plaintiff's counsel's email.

16. Since then, counsel for GEORGE has followed up twice with AIRBNB regarding its infringement of the Subject Photograph, but AIRBNB has failed to respond or remove the Infringing Content.

17. At the time of filing the instant Complaint, and seven months after GEORGE notified AIRBNB of its infringement, the Infringing Content remains displayed at https://www.airbnb.com/rooms/6016936/photos/43052353.

/ / /

/ / /

/ / /

18. An image of the Subject Work and an exemplar of the offending uses are set forth hereinbelow:

**Subject Work**



**Exemplar of Offending Use**



5

COMPLAINT

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

19. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Work, including, without limitation, through viewing the Subject Work on Plaintiff's website or viewing the Subject Work on a third-party websites (e.g., Tumblr, Pinterest, etc.).

21. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and distributed images of the Subject Work, and exploited said images in multiple website posts without Plaintiff's authorization or consent.

22. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

23. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Work. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of Subject Work in an amount to be established at trial.

24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

/ / /

/ / /

/ / /

# **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

## **Against All Defendants, and Each:**

<u>With Respect to Each Claim for Relief</u>

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyrights in the Subject Photograph and Subject Work, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Photograph or the Subject Work from any print, web, or other publication owned, operated, or controlled by any Defendant.

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. §1203, and other applicable law.

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d. That Plaintiff be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Plaintiff be awarded his costs and fees under the statutes set forth above;

f. That Plaintiff be awarded statutory damages and/or penalties under the statues set forth above;

g. That Plaintiff be awarded pre-judgment interest as allowed by law;

h. That Plaintiff be awarded the costs of this action; and

COMPLAINT

i. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: February 16, 2022        By:   /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Kelsey Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff